1

2

3                    UNITED STATES  DISTRICT COURT

4                     Northern District of California

5

6   VALDEZ BLACKMON                              No. C 11-03948 MEJ

7                      Plaintiff(s),             **ORDER DIRECTING PLAINTIFF TO**
                                                 **FILE CONSENT/DECLINATION**
         v.                                      **FORM**
8
    DIVISION OF ADULT PAROLE
9   OPERATION

10                    Defendant(s).
    _____/
11

12

13       Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the

14   record in this action, the Court notes that Plaintiff has not filed a written consent to magistrate judge

15   jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all

16   purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

17   court are designated to conduct any and all proceedings in a civil case, including trial and entry of

18   final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate

19   judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

20   manner as an appeal from any other judgment of a district court.

21       You have the right to have your case assigned to a United States District Judge for trial and

22   disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether he

23   consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge

24   for trial.  The consent/declination form shall be filed by September 1, 2011.

         **IT IS SO ORDERED.**
25
    Dated: August 16, 2011
26
                                                 _____
27                                               Maria-Elena James
                                                 Chief United States Magistrate Judge
28

UNITED STATES DISTRICT COURT
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALDEZ BLACKMON                                    No. C 11-03948 MEJ

           Plaintiff(s),

  vs.

DIVISION OF ADULT PAROLE OPERATION

           Defendant(s).
                                                              /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.


Dated:_____          Signed by:_____

                                         Counsel for:_____


**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.


Dated:_____          Signed by:_____

                                         Counsel for:_____

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VALDEZ BLACKMON                                    Case Number: 11-03948 MEJ

         Plaintiff,                              **CERTIFICATE OF SERVICE**

   v.

DIVISION OF ADULT PAROLE OPERATION

         Defendant.
                                /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Valdez Blackmon
P.O. Box 213
Palo Alto, CA 94025


Dated: August 16, 2011

                                Richard W. Wieking, Clerk
                                By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**