UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| VALDEZ BLACKMON, | No. C 12-01185 LB |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, DIVISION OF ADULT PAROLE OPERATIONS, et al., | |
| Defendants. | |

On March 9, 2012, Plaintiff Valdez Blackmon filed a complaint against Defendants California Department of Corrections and Rehabilitation, Division of Adult Parole Operations, Region 2; J. Larson; James Scaver; and Ray Poliakoff. Complaint, ECF No. 1. He also filed an application to proceed *in forma pauperis*. Application, ECF No. 2.

Mr. Blackmon was the plaintiff in a case against these same Defendants that he filed in 2011. *See* Blackmon v. California Department of Corrections and Rehabilitation, Division of Adult Parole Operations, Region 2, et al., No. C11-03948 JSW. Judge White presided over that case.

Pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge White for consideration of whether the above-referenced actions are related.

///

///

C 12-01185 LB
ORDER REFERRING CASE

1 **IT IS SO ORDERED.**

2 Dated: May 16, 2012

3 _____
LAUREL BEELER
United States Magistrate Judge